## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

JAMES WHITE, individually
and on behalf of all others similarly situated,

      Plaintiff,

v.

NEWSMAX MEDIA, INC.,

      Defendant.

Case No. 5:22-cv-11765
Hon. Judith E. Levy

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), James White hereby

dismisses all claims against Defendant Newsmax Media, INC without prejudice. Each party shall

bear its own attorneys' fees and costs.

Dated: October 25, 2022

Respectfully submitted,

*/s/ Philip L. Fraietta*
Philip L. Fraietta (P85228)
Joseph I. Marchese (P85862)
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163
pfraietta@bursor.com
jmarchese@bursor.com

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248.841.2200
epm@millerlawpc.com
ssa@millerlawpc.com

Frank S. Hedin
Arun G. Ravindran
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com
aravindran@hedinhall.com

*Counsel for Plaintiff*